|    |    |    |
|----|----|----|
| 1  |    |    |
| 2  |    |    |
| 3  |    |    |
| 4  |    |    |
| 5  |    |    |
| 6  |    |    |
| 7  |    |    |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | THE NORTHERN ASSURANCE COMPANY OF AMERICA, a corporation, and GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, a corporation, | CASE NO. 2:12-cv-04690-FMO (PLAx) |
| 13 | Plaintiffs, | **[PROPOSED] ORDER GRANTING PROTECTIVE ORDER PURSUANT TO THE STIPULATION OF ALL PARTIES** |
| 14 | v. | |
| 15 | SEA PLANES, INC., a corporation and DOES ONE through TEN, | |
| 17 | Defendants, | |
| 18 | SEA PLANES, INC., a California corporation, | |
| 19 | Counter-Claimant, | |
| 21 | v. | |
| 22 | THE NORTHERN ASSURANCE COMPANY OF AMERICA, a California corporation, and GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, a California corporation; and ROES ONE through TEN, | |
| 26 | Counter-Defendants. | |

[PROPOSED] heading shown with strikethrough on "PROPOSED"

LA/2235052v.1                                    -1-

1       On May 20, 2013, Plaintiff, SEA PLANES, INC., Defendant, CATERPILLAR INC., Defendants, QUINN COMPANY, INC., QUINN GROUP, INC., and QUINN POWER SYSTEMS, and Plaintiff/Counter-defendant, NORTHERN ASSURANCE COMPANY OF AMERICA (INTERNATIONAL MARINE UNDERWRITERS) and GREAT AMERICAN INSURANCE COMPANY OF NEW YORK (collectively, "Parties"), by and through their respective counsel of record, submitted a Stipulation seeking a Protective Order to facilitate the exchange of certain information and documents in discovery.

      Having considered the Stipulation and good cause having been shown:

**A PROTECTIVE ORDER SHALL ISSUE IN ACCORDANCE WITH THE TERMS OF THE STIPULATION OF ALL PARTIES.**

DATED: May 21, 2013        UNITED STATES DISTRICT COURT

By: _____
     Paul L. Abrams
     United States Magistrate Judge