1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NORTHERN ASSURANCE COMPANY OF AMERICA, a corporation, and GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, a corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SEA PLANES, INC., a corporation and DOES ONE through TEN,<br><br>Defendants, | CASE NO. 2:12-cv-04690-FMO (PLAx)<br><br>[~~PROPOSED~~] **ORDER GRANTING PROTECTIVE ORDER PURSUANT TO THE STIPULATION OF ALL PARTIES** |
| SEA PLANES, INC., a California corporation,<br><br>Counter-Claimant,<br><br>v.<br><br>THE NORTHERN ASSURANCE COMPANY OF AMERICA, a California corporation, and GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, a California corporation; and ROES ONE through TEN,<br><br>Counter-Defendants. | |

LA/2235052v.1                    -1-

|   |   |
|---|---|
| 1 | On May 20, 2013, Plaintiff, SEA PLANES, INC., Defendant, CATERPILLAR INC., Defendants, QUINN COMPANY, INC., QUINN GROUP, INC., and QUINN POWER SYSTEMS, and Plaintiff/Counter-defendant, NORTHERN ASSURANCE COMPANY OF AMERICA (INTERNATIONAL MARINE UNDERWRITERS) and GREAT AMERICAN INSURANCE COMPANY OF NEW YORK (collectively, "Parties"), by and through their respective counsel of record, submitted a Stipulation seeking a Protective Order to facilitate the exchange of certain information and documents in discovery. |

Having considered the Stipulation and good cause having been shown:

**A PROTECTIVE ORDER SHALL ISSUE IN ACCORDANCE WITH THE TERMS OF THE STIPULATION OF ALL PARTIES.**

DATED:  May 21, 2013               UNITED STATES DISTRICT COURT

By: _____
       Paul L. Abrams
       United States Magistrate Judge

LA/2235052v.1                    -2-