1  RYAN D. SABA, ESQ. (State Bar No. 192370)
   rsaba@rosensaba.com
2  MOMO TAKAHASHI, ESQ. (State Bar No. 238965)
   mtakahashi@rosensaba.com
3  **Members of Rosen ✧ Saba, llp**
   468 North Camden Drive, Third Floor
4  Beverly Hills, California 90210
   Telephone:  (310) 285-1727
5  Facsimile:   (310) 285-1728

6  Attorneys for Defendant and Counter-Claimant,
   SEA PLANES, INC.

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NORTHERN ASSURANCE COMPANY OF AMERICA, a corporation, and GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, a corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SEA PLANES, INC., a corporation and DOES ONE through TEN,<br><br>Defendants. | Case No. CV12-04690 FMO (PLAx)<br>Consolidated with<br>Case No. CV 12-7039 FMO (PLAx)<br><br>*Honorable Fernando M. Olguin*<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Complaint Filed:    May 12, 2012 |
| SEA PLANES, INC., a California corporation,<br><br>Counter-Claimant,<br><br>vs.<br><br>THE NORTHERN ASSURANCE COMPANY OF AMERICA, a California corporation, and GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, a California corporation; and ROES ONE through TEN.<br><br>Counter-Defendants. | |

1
ORDER DISMISSING ACTION WITH PREJUDICE

Consolidated with:

SEA PLANES, INC., a California corporation,

   Plaintiff,

v.

CATERPILLAR, INC., a Delaware corporation; QUINN COMPANY, INC., a California corporation; QUINN GROUP, INC., a California corporation; QUINN POWER SYSTEMS, an unknown entity; AND DOES 1 through 10, Inclusive,

   Defendants.

Pursuant to the Stipulation of Plaintiffs/Counter-Defendants The Northern Assurance Company of America, and Great American Insurance Company of New York and Defendant/Counter Claimant Sea Planes, Inc., and for good cause shown, IT IS HEREBY ORDERED that the action entitled *The Northern Assurance Company of America, et al. v. Sea Planes, Inc., et al.*, United States District Court, Case Number CV12-04690 FMO (PLAx) shall be dismissed with prejudice in its entirety. This does not in any way affect the pending matter entitled, *Sea Planes, Inc. v. Caterpillar, Inc., et al.*, United States District Court, Case Number CV 12-7039 FMO (PLAx). The matters were ordered consolidated on April 30, 2013. [Docket No. 35.]

Dated: June 19, 2013   By: _____/s/_____
             Honorable Fernando M. Olguin
             United States District Judge