RYAN D. SABA, ESQ. (State Bar No. 192370)
rsaba@rosensaba.com
MOMO TAKAHASHI, ESQ. (State Bar No. 238965)
mtakahashi@rosensaba.com
**Members of Rosen ✧ Saba, llp**
468 North Camden Drive, Third Floor
Beverly Hills, California 90210
Telephone:  (310) 285-1727
Facsimile:  (310) 285-1728

Attorneys for Defendant and Counter-Claimant,
SEA PLANES, INC.

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NORTHERN ASSURANCE COMPANY OF AMERICA, a corporation, and GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, a corporation,<br><br>          Plaintiffs,<br><br>     vs.<br><br>SEA PLANES, INC., a corporation and DOES ONE through TEN,<br><br>          Defendants. | Case No. CV12-04690 FMO (PLAx)<br>Consolidated with<br>Case No. CV 12-7039 FMO (PLAx)<br><br>*Honorable Fernando M. Olguin*<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br><br>Complaint Filed:    May 12, 2012 |
| SEA PLANES, INC., a California corporation,<br><br>          Counter-Claimant,<br><br>     vs.<br><br>THE NORTHERN ASSURANCE COMPANY OF AMERICA, a California corporation, and GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, a California corporation; and ROES ONE through TEN.<br><br>          Counter-Defendants. | |

1
ORDER DISMISSING ACTION WITH PREJUDICE

1 Consolidated with:

2 SEA PLANES, INC., a California corporation,

3

4         Plaintiff,

5     v.

6 CATERPILLAR, INC., a Delaware corporation; QUINN COMPANY, INC., a California corporation;

7 QUINN GROUP, INC., a California corporation; QUINN POWER

8 SYSTEMS, an unknown entity; AND DOES 1 through 10, Inclusive,

9

10         Defendants.

11     Pursuant to the Stipulation of Plaintiffs/Counter-Defendants The Northern Assurance Company of America, and Great American Insurance Company of New York and Defendant/Counter Claimant Sea Planes, Inc., and for good cause shown, IT IS HEREBY ORDERED that the action entitled *The Northern Assurance Company of America, et al. v. Sea Planes, Inc., et al.*, United States District Court, Case Number CV12-04690 FMO (PLAx) shall be dismissed with prejudice in its entirety. This does not in any way affect the pending matter entitled, *Sea Planes, Inc. v. Caterpillar, Inc., et al.*, United States District Court, Case Number CV 12-7039 FMO (PLAx). The matters were ordered consolidated on April 30, 2013. [Docket No. 35.]

Dated: June 19, 2013         By: _____/s/_____
                                          Honorable Fernando M. Olguin
                                          United States District Judge