1  G. GEOFFREY ROBB (131515)
   MARISA G. HUBER (254171)
2  GIBSON ROBB & LINDH LLP
   201 Mission Street, Suite 2700
3  San Francisco, California  94105
   Telephone:  (415) 348-6000
4  Facsimile:   (415) 348-6001
   Email:        grobb@gibsonrobb.com
5                mhuber@gibsonrobb.com

6  Attorneys for Plaintiffs and Counter-Defendants
   THE NORTHERN ASSURANCE COMPANY OF AMERICA
7  (INTERNATIONAL MARINE UNDERWRITERS) and GREAT AMERICAN
   INSURANCE COMPANY OF NEW YORK
8

9
   RYAN D. SABA (192370)
10 MOMO E. TAKAHASHI (238965)
   ROSEN SABA LLP
11 468 N. Camden Drive, Third Floor
   Beverly Hills, California 90210
12 Telephone:  (310) 285-1727
   Facsimile:   (310) 285-1728
13 Email:        rsaba@rosensaba.com
                 mtakahashi@rosensaba.com
14

15 Attorneys for Defendant and Counter-Claimant
   SEA PLANES, INC.
16

17
                    UNITED STATES DISTRICT COURT
18
                    CENTRAL DISTRICT OF CALIFORNIA
19

20

| 21 | THE NORTHERN ASSURANCE | ) | Case No. CV 12-04690-FMO (PLAx) |
|---|---|---|---|
| 22 | COMPANY OF AMERICA, a corporation, and | ) ) ) | consolidated with CV 12-7039 |
| 23 | GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, a | ) ) | **ORDER OF JUDGMENT OF RESCISSION** |
| 24 | corporation       Plaintiffs | ) ) ) | |
| 25 | v. | ) ) | |
| 26 | SEA PLANES, INC., a corporation, and DOES ONE through TEN | ) ) ) | |
| 27 |       Defendants _____ | ) ) | |
| 28 | | ) ) ) | Complaint Filed:  May 31, 2012 |

**ORDER OF JUDGMENT OF RESCISSION**
Case No. CV 12-04690-FMO (PLAx) Consolidated with CV 12-7039; Our File No. 3514.88

| | |
|---|---|
| SEA PLANES, INC., a California corporation, | ) |
| Counter-Claimant, | ) |
| vs. | ) |
| THE NORTHERN ASSURANCE COMPANY OF AMERICA, a California corporation, and GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, a California corporation; and ROES ONE through TEN. | ) |
| Counter-Defendants. | ) |

Consolidated with:

| | |
|---|---|
| SEA PLANES, INC., a California corporation, | ) |
| Plaintiff, | ) |
| v. | ) |
| CATERPILLAR, INC., a Delaware corporation; QUINN COMPANY, INC., a California corporation; QUINN GROUP, INC., a California corporation; QUINN POWER SYSTEMS, an unknown entity; AND DOES 1 through 10, Inclusive, | ) |
| Defendants. | ) |

Pursuant to Stipulation by and between Plaintiffs THE NORTHERN ASSURANCE COMPANY OF AMERICA (INTERNATIONAL MARINE UNDERWRITERS) and GREAT AMERICAN INSURANCE COMPANY OF NEW YORK (collectively "Underwriter Plaintiffs") and Defendant SEA PLANES, INC., that without admission of liability, Judgment for Rescission of the insurance policies at issue in this action issued by Underwriter Plaintiffs to Defendant from 2006 through 2011 (policy nos. SEA 5441, SEA 5442, SEA 5443, SEA 5444, SEA 5445, SEA 5446, and OMH6661943) IS HEREBY ENTERED.

The remaining allegations contained in Plaintiff Underwriters' Complaint against Defendant SEA PLANES, INC. are HEREBY dismissed with prejudice, and also SEA PLANES, INC.'s Counter-Claim against Plaintiff Underwriters is HEREBY dismissed with prejudice, with all parties to bear their own attorneys' fees and costs.

Such entry of stipulated judgment and dismissal of Complaint and Counter-Claim herein shall have no bearing on the remaining consolidated action of SEA PLANES, INC. v. CATERPILLAR, INC., QUINN COMPANY, INC., QUINN GROUP, INC., and QUINN POWER SYSTEMS, (formerly case No. CV 12-7039 presently consolidation with the present Case No. CV 12-04690).

IT IS SO ORDERED.

Dated: June 19, 2013

_____/s/_____
Hon. Fernando M. Olguin
United States District Judge